United States Courts
Southern District of Texas
FILED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*September 06, 2024*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Domnick Nicholas SNELL<br>YOB: 2003<br><br>*Defendant(s)* | Case No. **4:24-mj-396** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 12 to October 14, 2023  in the county of  Harris  in the
 Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 371 | Conspiracy to commit a offense against the U.S., that is, bank robbery. |
| Title 18 U.S.C. § 1952(a) | Interstate travel with intent to commit a crime of violence, that is, bank robbery, to further an unlawful activity. |

This criminal complaint is based on these facts:

(See Affidavit)

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Barker, FBI Special Agent
*Printed name and title*

Submitted by electronic means, sworn to,
signature attested telephonically
per Fed. R. Crim. P. 41 and probable cause found:

Date: September 06, 2024

*Judge's signature*

City and state:  Houston, Texas  Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

# SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## FBI SPECIAL AGENT ERIC BARKER

I, Eric Barker ("Affiant"), being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2009. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code. I am currently assigned to the Rock Springs, Wyoming Resident Agency of the FBI and have worked various criminal violations for the past 14 years. During my career as an FBI special agent, I have conducted surveillance, interviewed subjects, and executed arrest and search warrants. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. The information contained within this sworn statement is based upon interviews conducted by myself and by other officers and investigators; my personal knowledge and observations; my training and experience; and the review of reports, documents, and records prepared and compiled by other law enforcement agencies and officers.

3. Because this sworn statement is being submitted for the limited purpose of establishing probable cause to show that Domnick Nicholas SNELL ("SNELL") committed a violation of federal law, specifically conspiracy to commit an offense

1

against the United States in violation of Title 18 U.S.C. § 371 and interstate travel to commit a crime of violence, that being, bank robbery in violation of Title 18, U.S.C. § 2113(a), all in violation of Title 18, U.S.C. §§ 1952(a)(2)(B) and 2. I have not included each and every fact known concerning this investigation but have set forth only the facts I believe are necessary for this limited purpose.

4.     Although the criminal offense described in this affidavit took place in Jackson, Wyoming, venue is established in the Southern District of Texas. For purposes of conspiracy to commit an offense against the United States, venue lies in the Southern District of Texas because the agreement was formed and an act in furtherance of the conspiracy was committed in the Southern District of Texas. United States v. Romans, 823 F.3d 299 (5th Cir. 2016). For purposes of interstate travel to commit a crime of violence, venue lies in any district in which the travel occurred, including the district in which it originated, even if intermediate destinations were involved. United States v. Burns, 990 F.2d 1426, 1436-37 (4th Cir. 1993).

## BACKGROUND

5.     On October 14, 2023, at approximately 13:45 hours, several men wearing hoods and masks robbed a U.S. Bank ATM located at 185 Powderhorn Lane in Jackson, Wyoming and took the ATM cash cassettes that contained $78,220.

6. The subsequent investigation revealed that Domnick SNELL ("SNELL"), Roosevelt Rashaud KEYS ("KEYS")[1] and Conspirator #1 flew into Salt Lake City, Utah from Houston, Texas on October 12, 2023 and that Jackie DeShun BERGERON, Jr. ("BERGERON")[2] flew from Houston to Salt Lake City and connected to Idaho Falls, Idaho on October 13, 2023.

7. At the Salt Lake City ("SLC"), Utah airport, KEYS and Conspirator #1 rented two (2) sport utility vehicles ("SUV") – KEYS rented a Toyota Highlander and Conspirator #1 rented a GMC Terrain.

8. Video footage from the Idaho Falls, Idaho airport from October 13, 2023 showed a dark colored GMC SUV, matching the description of Conspirator #1's rental vehicle, picking up BERGERON.

9. On the night of October 13, 2023, license plate readers and surveillance cameras within the Town of Jackson, Wyoming place SUVs, matching the description of KEYS and Conspirator #1 rental vehicles, near the U.S. Bank ATM. Video footage from U.S. Bank between 22:43 hours and 23:02 hours on October 13, 2023, show a GMC Terrain pulling up to the ATM twice; the driver, wearing dark clothes with hood and white mask, appears to make a transaction; and the driver, while making the transaction,

---

[1] On January 10, 2024, a grand jury in the District of Wyoming returned an indictment charging KEYS with Bank Robbery in violation of Title 18, U.S.C., § 2113(a). On June 25, 2024, KEYS entered a guilty plea to the indictment and is pending sentencing.

[2] BERGERON is charged in the Southern District of Texas in Criminal No. 4:24-cr-0347 with conspiracy to commit an offense against the United States and interstate travel to commit a crime of violence that arose from an ATM robbery on September 7, 2023 in Ankeny, Iowa.

3

appears to damage the ATM by placing a sticky candy like substance within the system so that a repair technician would be called to service the ATM thereby providing an opportunity for the subjects to steal money from the ATM while it was open and being repaired.

10. On October 14, 2023 at 13:30 hours, K.B.K., an ATM service repair technician, arrived at the U.S. Bank to service the ATM. At 13:43 hours, a dark colored SUV believed to be a Toyota Highlander was seen on video pulling up behind K. B. K. who had the ATM open; two (2) individuals dressed in dark clothing and wearing masks exited the Toyota Highlander, pushed K.B.K. out of the way and took the cash cassettes from the ATM.

11. On that same day, at approximately 14:45 hours, a Lincoln County, Wyoming Deputy Sheriff Kyle Thomson ("Deputy Thomson") conducted a traffic stop on a dark gray Toyota Highlander bearing California license plate 9AL027 that was driving southbound on Highway 89 just north of Thayne, Wyoming. Deputy Thompson identified KEYS as the driver of the Toyota Highlander. The location of the traffic stop was approximately an hour drive from the site of the ATM robbery.

12. Agents later discovered that KEYS returned the Toyota Highlander to Avis Rent-a-Car on October 14, 2023. Surveillance video indicates Conspirator #1 returned the GMC Terrain on October 15, 2023. Video footage from the SLC airport, show SNELL, BERGERON, KEYS and Conspirator #1 in the vehicle rental return area at

4

the Salt Lake International airport on October 15, 2023 prior to their flights back to Houston.

13. Surveillance video from the Salt Lake City airport also shows SNELL, BERGERON, KEYS and Conspirator #1 in the same area of the airport prior to their departure flights to Houston.

## PROBABLE CAUSE
## All Times Are Approximate

14. On October 14, 2023 at 13:45 hours, Corporal Foster ("Corporal Foster") and Officer Levi Scribner ("Officer Scribner") of the Jackson, Wyoming Police Department were dispatched to U.S. Bank in regard to an ATM robbery. ATM Service Technician K.B.K. told officers that three (3) dark complexioned men wearing all black and "COVID" style masks had jumped him and taken the money from the ATM he was repairing.

15. On October 14, 2023, at 14:40 hours, Detective John Ware ("Detective Ware") interviewed K.B.K. and learned the following information: he works for Diebold Nixdorf, a company that is contracted to service ATM machines for banks; he is based out of Idaho Falls, Idaho but services ATMs in the surrounding area such as Jackson, Wyoming; Diebold Nixdorf received a notice that the U.S. Bank ATM was producing an error that needed service at 23:09 hours on October 13, 2023.; he arrived at U.S. Bank at 13:30 hours on October 14, 2023; when he opened the ATM, the error was caused by an object placed (later determined to be candy) in the

5

machine from the outside; he worked on the ATM for about 5 to 6 minutes before he heard a vehicle pull up behind him and decelerate rapidly; several men exited the vehicle wearing black hooded jackets, black pants, and black masks that covered the mouth area; one of the men pushed him back and stole the money that was inside the ATM; that the skin color of the men was dark, and he believed they were either Hispanic or black; after taking the money the men got back into their vehicle and drove away; and he was able to take a photograph of the vehicle with his cellular telephone as it drove away.

16.  Detective Ware recognized the vehicle in the photograph taken by K.B.K. to be a dark gray Toyota Highlander without a rear license plate.

17.  A U.S. Bank employee provided investigators with security footage from an exterior camera of the bank. Detective Ware reviewed the security footage and made the following observation: a dark colored SUV pulled up to U.S. Bank ATM at 22:43 hours on October 13, 2023; the driver of the dark colored SUV manipulated the ATM and appeared to make several transactions until pulling away at 22:55 hours. Detective Phillip Smith ("Detective Smith") compared the distinct features of the dark colored SUV and determined it to be a GMC Terrain.[3] At 22:59 hours on October 13, 2023, the GMC Terrain returned to the ATM and the driver exited the vehicle and again appeared to make a transaction. The driver was wearing dark

---

[3] The video footage revealed that the GMC Terrain did not have front or back license plates.

clothes with a hood and a white mask that covered his mouth. The driver returns to the GMC Terrain and drove away at 23:02 hours on October 13, 2023.

18. The U.S. Bank video footage from October 14, 2023 shows K.B.K. arriving at the ATM at 13:30 hours. At 13:42 hours, a dark colored SUV, similar to the image taken by K.B.K. and matching a Toyota Highlander, is seen exiting the Wells Fargo parking lot[4] onto Alpine Lane and traveling east. At 13:43 hours, the dark colored SUV, matching a Toyota Highlander, pulled up behind K.B.K. and two people dressed in dark clothing and wearing masks exited the vehicle. The two (2) men stole the money inside the ATM in the presence of K.B.K. After the robbery, the dark colored SUV, matching a Toyota Highlander, fled at a high rate of speed, again east onto Alpine Lane.

19. The U.S. Bank video footage reviewed by Detective Ware revealed the dark colored SUV, matching a Toyota Highlander, parked in the Wells Fargo Bank located at 50 Buffalo Way, Jackson, Wyoming parking lot and on Alpine Lane throughout the morning and early afternoon of October 14, 2023 before the robbery of the ATM.

20. Detective Ware accessed a See Jackson Hole camera located on Jackson Adventure Rentals located at 1060 S. Hwy 89, Jackson, Wyoming and saw a dark

---

[4] The Wells Fargo Bank is adjacent to U.S. Bank.

colored SUV, matching a Toyota Highlander, drive south at 13:46 hours on October 14, 2023.

21. At 14:45 hours on October 14, 2023, Lincoln County, Wyoming Deputy Kyle Thomson ("Deputy Thomson") conducted a traffic stop on a dark gray Toyota Highlander with California license plate 9ALZ027 that was driving south bound. The traffic stop was made at Mile Marker 102 on S. Hwy 89 north of Thayne, Wyoming. Deputy Thomson noticed that the vehicle only had a license plate on the rear of the vehicle and not on the front. The vehicle was occupied by a single black male identified by his driver's license as KEYS. KEYS told Thompson that he was traveling to Salt Lake City, Utah.

22. A record check of the Toyota Highlander with California license plate 9ALZ027 driven by KEYS showed that it was registered to PV Holding Corp., a company that includes Avis and Payless Car Rental. Affiant is aware that PV Holdings Corp. operates under the name Avis Budget Group.

23. Detectives confirmed with Avis Car Rental and later from a search warrant that the Toyota Highlander with California License Plate 9ALZ027 was rented to KEYS at the Salt Lake City ("SLC") airport location. Detective Smith contacted Detective Kylie Ruiz ("Detective Ruiz") of the Salt Lake City, Utah Police Department. Detective Ruiz told Detective Smith that she located KEYS on video footage at the SLC airport with two (2) other black males. According to Detective

8

Ruiz, Conspirator #1 rented a black 2023 GMC Terrain with Arizona license plate CWS8232 from Payless Car Rental and provided his driver's license.

24. Detective Ware viewed the video footage obtained from START Bus[5] and made the following observations: a dark gray Toyota Highlander without a license plate and a black GMC Terrain without a license plate around the U.S. Bank ATM before the commission of the robbery on October 14, 2023; the Toyota Highlander in both the parking lot of the Wells Fargo Bank located east of the U.S. Bank ATM and parked on Alpine Lane on October 14, 2023; and the GMC Terrain parked on Alpine Lane on October 14, 2023.

25. Detectives served a search warrant on Avis Budget Group for information pertaining to the 2022 Toyota Highlander with California license plate 9ALZ027. The return revealed that KEYS rented the Toyota Highlander from the SLC airport at 12:50 hours on October 12, 2023 and returned it at 23:22 hours on October 14, 2023.

26. Detectives served a search warrant on Toyota Motor Sales, U.S.A, Inc. requesting GPS location data for the Toyota Highlander with California license plate 9ALZ027 rented by KEYS. The return revealed: GPS location data placing the Toyota Highlander within a quarter mile of the U.S. Bank ATM at the time it was tampered on October 13, 2023; GPS location data placing the Toyota Highlander at

---

[5] START (Southern Teton Area Rapid Transit) Bus is a public bus system in Jackson, Wyoming. The buses are equipped with video cameras.

the U.S. Bank ATM during the time of the robbery; and placing the Toyota Highlander just north of Thayne, Wyoming, during the traffic stop conducted by Deputy Thomson.

27. Detectives obtained Snell's cellular telephone number, that being, 832-371-1645, from unofficial flight data. Location data emitted from cellular telephone 832-371-1645 showed it being in Salt Lake City, Utah on October 12, 2023, in the vicinity of Jackson, Wyoming on October 14, 2023 and back in Salt Lake City on October 15, 2023.

28. The investigation also revealed that on October 14, 2023, three (3) ATM withdrawals of $23 each were made from the Chase Bank account of Shamya McCullough ("McCullough"), SNELL's significant other, at the Wells Fargo Bank located at 50 Buffalo Way in Jackson, Wyoming.

29. On October 15, 2023, Chase Bank account records show $1,000 in cash deposits made into the Chase Bank account of McCullough at an ATM in Salt Lake City, Utah.[6]

30. On December 18, 2023, in St. George, Utah, SNELL was arrested after the robbery of an ATM.[7] In a post-arrest interview on December 20, 2023, SNELL told agents that attempts were also made to disable the Wells Fargo Bank ATM in Jackson,

---

[6] One of the elements of interstate travel to commit a crime of violence is that the crime of violence is committed to further any "unlawful activity". "Unlawful activity" includes any act which is indictable under Title 18, U.S.C., § 1956 (money laundering). 5th Cir. Pattern Jury Charge 2.74 (2019).

[7] SNELL was charged bank robbery in Case No. 4:24-cr-00030 in the United States District Court, District of Utah; has entered a guilty plea and is pending sentencing.

Wyoming however, the new Wells Fargo ATMs have a metal plate that makes them difficult to damage.

31. In the post-arrest interview, SNELL said that KEYS was the driver and lookout during the Jackson, Wyoming robbery and that he and BERGERON stole the money from the ATM.

32. On November 30, 2023, your Affiant spoke with U.S. Bank Strategic Intelligence Analyst Hannah Kirkpatrick who verified that U.S. Bank is part of the federal reserve system and is FDIC insured. The funds stolen during the October 14, 2023 robbery in Jackson, Wyoming belonged to U.S. Bank, not a third party vendor.

*signature*
Eric Barker
Special Agent
Federal Bureau of Investigation

Sworn and subscribed, via telephone, before me on September 6, 2024 and I find probable cause.

*signature*
Christina A. Bryan
United States Magistrate Judge